IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**JORGE VALDEZ,**<br><br>Defendant | NO. 5: 07-CR-38 (HL)<br><br>**VIOLATION(S):** Fraud Related |

## **O R D E R**

IT APPEARING that the above-named defendant is an illegal alien and that a detainer has been filed against him by the Immigration and Customs Enforcement Agency (ICE), release from custody in this proceeding is moot.

Accordingly, the court will HOLD IN ABEYANCE any consideration of release of this defendant from custody in this case under the Bail Reform Act of 1984 until such time as the detainer has been removed. Counsel for the government and for the defendant are directed to immediately advise the court of any such removal; in that event, the defendant shall be brought before this court FORTHWITH for consideration of his release from custody in the above-captioned case under the Bail Reform Act of 1984. In the meantime, the defendant shall remain in the custody of the U.S. Marshal for the Middle District of Georgia pending further proceedings in this court.

SO ORDERED, this 5th day of JULY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE